UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:17-CR-392-3

| UNITED STATES OF AMERICA | |
|---|---|
| v. | **ORDER** |
| CAIRRO JULIUS CAMPBELL | |

Upon motion of the Defendant, for good cause shown, it is hereby ORDERED that Defendant's filing at docket entry no. 165 be sealed until further order of the court.

It is further ORDERED that the Clerk of Court provide a filed copy of the filing at docket entry no. 165 to counsel for all parties.

SO ORDERED.

This the _1_ day of October, 2018.

                                                Honorable James C. Dever, III
                                              Chief United States District Judge